

# Fourth Court of Appeals
## San Antonio, Texas

May 15, 2019

No. 04-17-00688-CV

Jose **CORRO** and Concepcion Corro,
Appellants

v.

Andres **PEREZ**, Perez & Malik, PLLC and Adriana Medrano of Perez & Malik,
Appellees

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 16-06-23689-CV
Honorable H. Paul Canales, Judge Presiding

# O R D E R

On May 8, 2019, appellant filed a "Motion to Request Appellate Record to Appeal to Supreme Court of Texas." Our opinion issued in this appeal on December 19, 2018. We denied appellant's motion for en banc reconsideration on January 15, 2019. This court's plenary power to consider any relief sought by appellant expired thirty days after we denied his motion for en banc reconsideration.[1] *See* TEX. R. APP. P. 19.1.

Accordingly, appellant's motion is dismissed for lack of jurisdiction.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] Additionally, we note that this request is moot as appellant was provided with a printed copy of the appellate record pursuant to our February 26, 2018 order which granted appellant's request for the record.